**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE: 1:23-cv-21805-KMW

DOUG LONGHINI,

    Plaintiff,
v.

FLYING EAGLE, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, FLYING EAGLE, INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant. Respectfully submitted this August 11, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Alejandro Leiva* |
| ANTHONY J. PEREZ, ESQ. | ALEJANDRO LEIVA, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No. 118309 |
| GARCIA-MENOCAL & PEREZ, P.L. | GREENSPOON MARDER, LLP |
| 350 Sevilla Avenue, Suite 200 | 600 Brickell Avenue, Suite 3600 |
| Coral Gables, FL 33345 | Miami, Florida 33131 |
| Telephone: (305) 553- 3464 | Telephone: (305) 789-2770 ext 1687 |
| Email: ajperez@lawgmp.com | Email: alex.leiva@gmlaw.com |
| *Counsel for Plaintiff Denise Payne* | *Counsel for Defendant Flying Eagle, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 11, 2023.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        350 Sevilla Avenue, Suite 200
        Coral Gables, FL 33345
        Telephone: (305) 553-3464
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: bvirues@lawgmp.com;
        jreyes@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ